UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE L. VENABLE,<br>Plaintiff,<br>v.<br>RODRIGUEZ,<br>Defendant. | No. 2:24-cv-2869 DAD AC P<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT FOR FAILURE TO STATE A CLAIM</u><br><br>(Doc. No. 9) |

Plaintiff, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action on October 16, 2024, seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On February 9, 2026, the magistrate judge issued findings and recommendations recommending that plaintiff's complaint be dismissed for failure to state a cognizable Eighth Amendment claim against the named defendant. (Doc. No. 9; *see also* Doc. Nos. 5, 8.)

Those findings and recommendations were served on plaintiff and contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen (14) days. (Doc. No. 9 at 2.) Plaintiff has not filed objections to the pending findings and recommendations and the time in which to do so has long since passed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly:

1. The findings and recommendations issued February 9, 2026 (Doc. No. 9) are adopted in full;
2. This case is dismissed due to plaintiff's failure to state a claim for the reasons set forth in the magistrate judge's October 28, 2025 and December 30, 2025 orders (Doc. Nos. 5, 8) and L.R. 110; Fed. R. Civ. P. 41(b); 28 U.S.C. § 1915A; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 4, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE